IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES FRAZIER

    Petitioner - Appellant,

v.

UNITED STATES OF AMERICA

    Respondent - Appellee.

Judgment in a Civil Case

Case No. 14-CV-614-bbc

**NOTICE OF APPEAL**

    Comes Now the Petitioner, James Frazier, as a Pro Se litigant and under Federal Rules of Civil Procedure, and hereby gives Notice of Appeal from Collateral Order dismissing the Petitioner's Rule 60 (b)(6) motion for relief from Judgment, Order entered September 10, 2014.

Respectfully submitted,

*James V Frazier*
James Frazier

James V. Farrier 06283-090
Cumberland Federal Correctional Institution
P.O. Box 1000,
Cumberland, Maryland 21501

Legal Mail
Rule 20.1R.1G MRPA-1

06283-090
Federal Courts Clerk Of Cou
120 N Henry ST
Madison, WI 53703
United States

Clerk Attn: ?

OCT -7 2014